Oct 12 06 02:23p        MITCH CARP                                          p.4

James W. Hunt - SBN 122582
Garth W. Aubert - SBN 162877
MENDES & MOUNT, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700
(213) 955-7725 Fax

Attorneys for Defendant
HUNTLEIGH USA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ANDREWS, | Case No. C 06 4539 MEJ |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE REMAND |
| HUNTLEIGH USA CORPORATION and DOES 1 to 20, Inclusive, | |
| Defendants. | |

Having reviewed the Stipulation to Remand Action to State Court executed by the parties and determining, based thereon, that the amount in controversy is less than the jurisdictional minimum of this Court, this action is hereby remanded to the Superior Court of the State of California, County of Alameda.

IT IS SO ORDERED.

Dated: October 23, 2006

_____
Judge, U.S. District Court

[PROPOSED] ORDER RE REMAND

- 1 -